ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/20/2025 9:37 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/20/2025 9:37:47 AM
CHRISTOPHER A. PRINE
Clerk

May 20, 2025

Mr. Christoper A. Prine                                              *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

> Re:    Court of Appeals Numbers: 15-25-00023-CV, 15-25-00031-CV, 15-25-00032-CV, 15-25-00039-CV
>
> Style:   *Nonparty Patients 1–11 v. State*; *In re State of Texas*; *In re State of Texas*; *Nonparty Patients 1–11 v. State.*

To the Fifteenth Court of Appeals:

With apologies for the duplicative letters, I write again to inform you of another new filed cause of action that is relevant to today's consolidated argument in the above four captioned appeals. This morning, immediately after the State filed its prior letter with the Court about four new subpoena filings in Dallas and Travis Counties, the State learned that last night on May 19, 2025, Nonparty Patients filed *another* new lawsuit challenging a pharmacy subpoena in Bexar County. That filing was rejected for a number of reasons (*see* Exhibit A), but the State believes Nonparty Patients intend to refile.

The State believes Nonparty Patients *may* have also filed additional challenges that the State is still unaware of. The State issued pharmacy records subpoenas to ten different pharmacies. The State is currently aware of five lawsuits filed by Nonparty Patients last night challenging subpoenas to three of those pharmacies (two regarding Walgreens, two regarding CVS, and the recently filed lawsuit regarding HEB in Bexar County). It is possible that Nonparty Patients also filed suit challenging the subpoenas issued to one or more of the remaining seven pharmacies, but the filings have yet to be accepted by those courts, and thus the State has yet to be informed.

As with the prior four new lawsuits, the State believes the legal issues in this new cause of action will be substantially similar to those before the Court today.

Sincerely,

*/s/ Abigail E. Smith*
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Phone: (214) 290-8830
Abby.Smith@oag.texas.gov

cc:    William M. Logan, *via e-service*
       Jervonne D. Newsome, *via e-service*
       Evan D. Lewis, *via e-service*
       Thanh D. Nguyen, *via e-service*
       Olivia A. Wogon, *via e-service*
       Jonathan Hung, *via e-service*
       Hollie M. Albin, *via e-service*
       David Phillips, *via e-service*

# Exhibit A



Rob Farquharson
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Texas

**From:** no-reply@efilingmail.tylertech.cloud <no-reply@efilingmail.tylertech.cloud>
**Sent:** Tuesday, May 20, 2025 8:43 AM
**To:** Rob Farquharson <Rob.Farquharson@oag.texas.gov>
**Subject:** File & Serve Filing Returned For Correction Notification for Case No. 101026680

# Filing Returned

EFile State Logo

Case Number: 101026680
Case Style:

The filing below, previously served to you, has been returned to the filer for further action.

| | |
|---|---|
| **Return Reason(s) from Clerk's Office** | |
| **Returned Reason** | |
| **Return Comments** | We cannot issue a notice of application for protective order; nor can we issue a citation. Please resubmit the request form and select precept without hearing. Select the service fee of precept/notice. Also please be advised that the defendant is listed as the State of Texas in your motion. Please correct the name on the request form to only direct it to the defendant as The State of Texas. Thank you. Brenda C |

| | |
|---|---|
| **Document Details** | |
| **Court** | Bexar County |
| **Case Number** | 101026680 |
| **Case Style** | |
| **Date/Time Submitted** | 5/19/2025 9:35 PM CST |

| | |
|---|---|
| **Activity Requested** | Application (No Fee) |
| **Filed By** | Jamie Vargo |

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider

 Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider

 Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 101036776
Filing Code Description: Letter
Filing Description: 20250520 States 2nd Ltr to Ct re New  with Ex. A
Status as of 5/20/2025 9:45 AM CST

Associated Case Party: Nonparty Patient No. 1

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Logan | 24106214 | wlogan@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Olivia Wogon | | owogon@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Jonathan Hung | | JOHung@winston.com | 5/20/2025 9:37:47 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| David Phillips | | DPhillips@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Jamie Vargo | | JVargo@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Houston Docket | | ecf_houston@winston.com | 5/20/2025 9:37:47 AM | SENT |
| Hollie Albin | | hmalbin@winston.com | 5/20/2025 9:37:47 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David G. Shatto | | david.shatto@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 101036776
Filing Code Description: Letter
Filing Description: 20250520 States 2nd Ltr to Ct re New  with Ex. A
Status as of 5/20/2025 9:45 AM CST

Associated Case Party: State of Texas

| Rob Farquharson | | rob.farquharson@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
|---|---|---|---|---|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 5/20/2025 9:37:47 AM | SENT |